666

26 So.2d 920

**Monroe BEARDEN v. STATE.**
7 Div. 866.

Court of Appeals of Alabama.
June 18, 1946.

Thos. W. Millican, of Gadsden, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

23 So.2d 143

**A. J. BELL v. STATE.**
1 Div. 472.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

24 So.2d 920

**James BEVERLY v. STATE.**
6 Div. 220.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 920

**James BEVERLY v. STATE.**
8 Div. 506.

Court of Appeals of Alabama.
June 11, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

21 So.2d 854

**James BICE v. STATE.**
7 Div. 744.

Court of Appeals of Alabama.
Feb. 20, 1945.

John R. Robinson, of Gadsden, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 882

**Paul BRAIDFOOT v. STATE.**
8 Div. 490.

Court of Appeals of Alabama.
Nov. 6, 1945.

H. H. Hamilton, of Russellville, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.